UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In Re:  
Cityspree Inc.

Case No. 01-11666-SMB

**ORDER DIRECTING PAYMENT**

Debtor

**Fund 6047BK/6133BK**
**Unclaimed Dividends Transferred**
**To United States Treasury**

----------------------------------------------------------x

WHEREAS, the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that eBay, Inc., as Successor in Interest to Fairmarket Inc. is entitled to an unclaimed dividend in the amount of $23,460.72.

NOW IT IS ORDERED, that the United States Treasury, by check, pay to:

eBay, Inc., Successor in Interest to Fairmarket Inc.
c/o The Locator Services Group Ltd.
316 Newbury Street, Suite 32

the amount of $23,460.72, as such persons/entity's unclaimed dividend from FUND 6133BK/6047BK.

Dated:

April 24, 2009

/s/ Stuart M. Bernstein

Bankruptcy Judge